PROB 12B
(08/16)

March 12, 2020
pacts id: 1323421

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Mike Louis Musch (English)   **Dkt No.:** 15CR00884-001-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Sentence:** 60 months' custody; 10 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** November 30, 2015

**Date Supervised Release Commenced:** July 9, 2019

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Not enter or reside in the Republic of Mexico without permission of the court or probation officer, and comply with both United States and Mexican immigration laws.

### CAUSE

Mr. Musch recently requested permission to travel to Los Algodones, Mexico, for the purpose of obtaining dental care. Mr. Musch is required to register as a sex offender pursuant to California Penal Code § 290, as a result of his federal conviction for Distribution of Images of Minors Engaged in Sexually Explicit Conduct. He is currently participating in drug testing and sex offender treatment, as required. While he has been unable to obtain stable employment, he has had no other noncompliance issues. Therefore, the probation officer does not oppose his request to travel to Mexico. He was informed that if allowed to travel to Mexico, his travel privileges would be contingent upon his continued compliance with the conditions of his release. Furthermore, since Mr. Musch is a registered sex offender, he was informed of his responsibility to comply with registration requirements in the United States, as well as any requirements in Mexico pertaining to his prior convictions.

Therefore, in view of the aforementioned, it is respectfully recommended the conditions of Mr. Musch's supervised release be modified to allow travel to Mexico, as specified above.

Respectfully submitted:

by *[signature]*

Lorena Gonzalez
Senior U.S. Probation Officer
(760) 339-4215

Reviewed and approved:

*[signature]*

Pascual Linarez
Supervisory U.S. Probation Officer

PROB12B
Name of Offender: Mike Louis Musch
Docket No.: 15CR00884-001-DMS

March 12, 2020
Page 2

## THE COURT ORDERS:

✓ THE MODIFICATION OF CONDITIONS AS NOTED ABOVE.

___ Other _____

_____
The Honorable Dana M. Sabraw
U.S. District Judge

Date 3-12-20

nf